**Order entered February 9, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00081-CV

### WALLY YAMMINE, Appellant

### V.

### EPH 2 ASSETS LLC, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-22-05034-B

### ORDER

Appellant has informed the Court that he has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    KEN MOLBERG
         JUSTICE